UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13

DAVID ROMAN,                    :

          Debtor                :        BANKRUPTCY NO. 18-10571MDC

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE
(U.S. Bank National Association, Trustee for the Pennsylvania
Housing Finance Agency – Claims Register Entry No. 6)

The Debtor has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified or eliminated**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the Objection** scheduled to be held on Aug 7, 2018 at 10:30 A.M. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

3. **If you intend to appear at the hearing** to contest the Objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: June 22, 2018

JAMES D. MORAN, ESQUIRE
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
(215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com