*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Roman
        Debtor(s)               Case No: 18−10571−mdc
                                           Chapter: 13

### *NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM*

    Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 9/25/18 at 11:00 AM , or as soon thereafter as counsel can be heard, to consider the

                                         **RESCHEDULED***
             Objection to Claim Number 6 by Claimant PA Housing
                   Finance Agency. Filed by David Roman

A copy of the objection is attached.

    The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 8/8/18

                                                                     James Moran

                                                                   Attorney for Movant