```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                         Case No. 18-10571-mdc
David Roman                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen           Page 1 of 1          Date Rcvd: Aug 08, 2018
                              Form ID: 145           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db             +David Roman,    316 W. Fisher Ave.,,    Philadelphia, PA 19120-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,  (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY ) jamesdmoran@hotmail.com
              JAMES D. MORAN    on behalf of Debtor David  Roman jamesdmoran@hotmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,  (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY ) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Roman
        Debtor(s)          Case No: 18−10571−mdc
                                 Chapter: 13

### *NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM*

Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 9/25/18 at 11:00 AM , or as soon thereafter as counsel can be heard, to consider the

**RESCHEDULED***
Objection to Claim Number 6 by Claimant PA Housing
Finance Agency. Filed by David Roman

A copy of the objection is attached.

The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 8/8/18

                                                       James Moran

                                                       Attorney for Movant