UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 13

DAVID ROMAN,                          :

   Debtor               :        BANKRUPTCY NO. 18-10571MDC

### CERTIFICATION OF NO OPPOSITION TO COUNSEL'S MOTION TO APPROVE FEE

  James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that more than twenty (20) days have elapsed since he made service of the Notice of Motion of Debtor's Counsel for Approval of Fee.

  Counsel further certifies that no creditor or party in interest has filed an answer, objection, request for a hearing or other responsive pleading with this court.

               Respectfully submitted,

               _____
               JAMES D. MORAN, ESQUIRE
               Attorney for Debtor
               2230 Land Title Building
               100 South Broad Street
               Philadelphia, PA 19110
               Tel: (215) 751-1670
               Fax: (215) 563-8330
               jamesdmoran@hotmail.com

Dated: Sept 13, 2018