# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David Roman<br>                    Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION,  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY )<br>                    Movant<br>        vs.<br><br>David Roman<br>                    Respondent | CHAPTER 13<br><br><br><br>NO. 18-10571 MDC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of U.S. BANK NATIONAL ASSOCIATION,  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY ) to Confirmation of Chapter 13 Plan, which was filed with the Court on or about September 19, 2018 (Document No. 50).

                    Respectfully submitted,

                    **/s/ Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz, Esquire
                    Attorney for Movant
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

October 10, 2018