# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10571-MDC

DAVID ROMAN

512 SOUTH 47TH STREET
2ND FLOOR
PHILADELPHIA, PA 19143-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAVID ROMAN

512 SOUTH 47TH STREET
2ND FLOOR
PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Date: 4/9/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee