**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID ROMAN                                                                 Chapter 13

                            Debtor                    Bankruptcy No. 18-10571-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___11th___ day of _____July_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Debtor:
DAVID ROMAN

512 SOUTH 47TH STREET
2ND FLOOR
PHILADELPHIA, PA 19143-