United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Roman
    Debtor

Case No. 18-10571-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 11, 2019
                       Form ID: pdf900     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db              +David Roman,    316 W. Fisher Avenue,    Philadelphia, PA 19120-3215
14047347        +Victoria Chen, Esq.,    KML Law Group, PC,,    701 Market St.,,    Suite 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14047343         E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:41     City of Philadelphia,
                 Law Dept.-Tax Unit.,    1515 Arch St., 15th Floor,,    Philadelphia, PA 19102-1595
14124375        +E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:40
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14047344         E-mail/Text: cio.bncmail@irs.gov Jul 12 2019 11:04:59     Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
14053449         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 03:01:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14124426        +E-mail/Text: blegal@phfa.org Jul 12 2019 11:05:21     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14047346         E-mail/Text: blegal@phfa.org Jul 12 2019 11:05:21     Pennsylvania Housing Finance Agency,
                 211 N. Front St.,,    PO Box 15206,    Harrisburg, PA 17105-5206
                                                                                              TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14050549         James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
14047345*       +Internal Revenue Service,    600 Arch Street,    Philadelphia, PA 19106-1695
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              JAMES D. MORAN     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,    (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY ) jamesdmoran@hotmail.com
              JAMES D. MORAN     on behalf of Debtor David  Roman jamesdmoran@hotmail.com
              LEON P. HALLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,    (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY ) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,    (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY ) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID ROMAN                                    Chapter 13

            Debtor                    Bankruptcy No. 18-10571-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___11th___ day of ___July___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Debtor:
DAVID ROMAN

512 SOUTH 47TH STREET
2ND FLOOR
PHILADELPHIA, PA 19143-